IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-00219-CV-DGK |
| | ) | |
| | ) | |
| 2002 LEXUS CONVERTIBLE SC430, | ) | |
| VIN: JTHFN48Y920022500, and | ) | |
| | ) | |
| $39,337.42 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 25, 2011, a verified Complaint for Forfeiture *in Rem* was filed on behalf of the Plaintiff, United States of America, against the Defendant properties. The complaint alleges that the Defendant properties were involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957, are properties traceable to property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957, and therefore, are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A). The Defendant properties are also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they are proceeds of theft from a program receiving federal funds, mail fraud and wire fraud.

Process was fully issued in this action and returned according to law. Pursuant to a warrant for arrest of property issued by this Court, the Internal Revenue Service arrested said properties on March 21, 2011.

The following known potential claimants were served the summons and Complaint for

1

Forfeiture *In Rem* and have acknowledged service thereof--

>Karen L. Pletz

>John S. Pletz

Any and all other potential claimants have been notified of the action and of their rights to assert a claim for the defendant properties by publication on an official government website, www.forfeiture.gov, for 30 consecutive days beginning on March 9, 2011, and ending on April 7, 2011, which publication is evidenced by an Affidavit of Publication on file with this Court.

The United States and the claimants John S. Pletz and Johns S. Pletz as Personal Representative of the Estate of Karen L. Pletz entered into a stipulation, which is hereby APPROVED as submitted. Pursuant to the stipulation John S. Pletz agrees to pay the United States $2,000 to forfeit in lieu of the defendant 2002 Lexus Convertible SC430, VIN: JTHFN48Y920022500. John S. Pletz also agrees that $19,668.71 of the defendant $39,337.42 will be forfeited to the United States and the remaining $19,668.71 will be paid to the Internal Revenue Service for payment of income taxes owed by Karen L. Pletz for the year 2010.

No other claims for the defendant properties have been filed and the time within which such claims must have been filed has expired.

Now, therefore, on motion of the plaintiff United States of America for a judgment of forfeiture, it is hereby

>ORDERED–

>(1) that all other persons claiming any right, title, or interest in or to the Defendant properties are held in default;

2

(2) that all claims and interests in the defendant properties, except as provided herein, are forever foreclosed and barred;

(3) that Plaintiff's motion for judgment of forfeiture is granted, and the Defendant properties are hereby forfeited, pursuant to the agreements in the Stipulations, to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) to be disposed of according to law;

(4) that each party will bear their own costs;

(5) that the Clerk of the Court shall enter a judgment consistent with this order;

(6) the order of dismissal (Doc. 61) is vacated.


SO ORDERED, this   13   day of     June    , 2012.


       /s/ Greg Kays
       GREG KAYS, JUDGE
       UNITED STATES DISTRICT COURT

3